UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LANDING TITLE AGENCY, INC.,

    Plaintiff,

v.    Case No. 6:19-cv-508-Orl-37GJK

GREENWICH INSURANCE
COMPANY,

    Defendant.

## **ORDER TO STRIKE**

Before the Court is Defendant's motion to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(7) and 19 for failure to join an indispensable party. (Doc. 7 ("**Motion**").) As the Motion fails to comply with Local Rule 3.01(g), it is due to be stricken.

Rule 3.01(g) requires that movants include with most motions "a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion." For motions to dismiss, Rule 3.01(g) only exempts motions "to dismiss for failure to state a claim upon which relief can be granted." Clearly, Defendant's Motion seeking dismissal of Plaintiff's Complaint for failure to join an indispensable party falls outside this slim exemption. Because the Motion fails to include the required 3.01(g) certification, it is stricken. Counsel for Defendant are reminded of their obligation to thoroughly review the Local Rules before seeking relief in this Court.

Accordingly, the Clerk is **DIRECTED TO STRIKE** Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 7).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 21, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record