UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LANDING TITLE AGENCY, INC.; and
ELIZABETH MCKELVEY,

    Plaintiffs,

v.                                         Case No. 6:19-cv-508-Orl-37GJK

GREENWICH INSURANCE
COMPANY,

    Defendant.
_____

## **ORDER**

In the instant action, Plaintiff Landing Title Agency, Inc. filed a motion for partial summary judgment on June 28, 2019. (Doc. 24 ("**Motion**").) On review, the Court finds that the Motion is due to be denied as premature, as the Court just entered its Case Management and Scheduling Order on June 11, 2019. (Doc. 21 ("**CMSO**").) Under the CMSO, no party may file more than one motion for summary judgment, and discovery is ongoing until December 2, 2019 with summary judgment motions due January 15, 2020. (Doc. 21, pp. 3, 9.) Thus, if appropriate, Plaintiff may re-file the Motion following the close of discovery.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff, Landing Title's Motion for Partial Summary Judgment (Doc. 24) is **DENIED AS PREMATURE**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 1, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record